ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA

v.                                             Case No. 4:15-CR-152-A

CELESTE MONET BLAIR (09)

## FACTUAL RÈSUMÈ

INDICTMENT:   Count One: Conspiracy to Possess with Intent to Distribute A Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1)( and (b)(1)(B))

PENALTIES:   The penalties the Court can impose include:

a.   a term of imprisonment of not less than 5 years and not more than 40 years;

b.   a fine not to exceed five million dollars ($5,000,000), or twice the pecuniary gain to the defendant or loss to the victim(s);

or both such fine and imprisonment;

c.   a term of supervised release of not less than four (4) years, which may be mandatory under the law and will follow any term of imprisonment.  If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

d.   a mandatory special assessment of $100;

e.   forfeiture of property; and

e.   costs of incarceration and supervision.

Factual Resume - Page 1

ELEMENTS OF THE OFFENSE:

The essential elements that must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Indictment are as follows:

First: That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance as charged in the indictment;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth: That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Since ~~approximately~~ October, 2013, Celeste Monet Blair distributed more than 50 grams of methamphetamine that she received from Eric Lee Summers, who had received the methamphetamine from others. In this way, Celeste Monet Blair, Eric Lee Summers, and others conspired with each other to possess with intent to distribute more than 50 grams of methamphetamine.

AGREED AND STIPULATED on this 14 day of July, 2015.

_____        _____
CELESTE MONET BLAIR                CATHERINE DUNNAVANT
Defendant                          Counsel for Defendant