AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS__

United States of America

V.

CELESTE MONTE BLAIR

**EXHIBIT AND WITNESS LIST**

Case Number: 4:15-CR-152-A(09)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge McBryde | Shawn Smith -AUSA | Catherine Dunnavant |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Rearraignment Hearing 8/14/2015 | Debbie Saenz | F. Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Yes | | 8/14/2015 | 1 | Yes | Government Exh. 1 - Admitted |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages